IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD HALFIN,

    Petitioner,               No. CIV S-06-2615 RRB EFB P

    vs.

ROBERT A. HOREL, Acting Warden, et al.,

    Respondents.          ORDER

                             /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 12, 2008, petitioner filed a request for an extension of time to file a traverse to respondents' answer to his petition, together with his traverse. Good cause appearing, petitioner's February 12, 2008, request is granted and his traverse is deemed timely filed.

Dated: April 18, 2008.

*(signature)*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE